Wednesday,
May 29.

HOLLCROFT, Administrator of COOPER, v. GOODRICH.

APPEAL from the *Warren* Common Pleas.

*Per Curiam.*—This was an action by *Adam Hollcroft*, administrator of the estate of *Milton Cooper*, deceased, against *John Goodrich*, upon two promissory notes. Defendant's answer contains a general traverse, and also a defense by way of set-off and counter claim. Proper issues having been made, the cause was submitted to the Court, who found for the defendant $36, and having refused a new trial, rendered judgment, &c.

The errors assigned relate to the sufficiency of the evidence to sustain the finding of the Court. The evidence is upon the record ; we have examined it, and are of opinion that its weight accords with the decision of the Common Pleas.

The judgment is affirmed, with 5 per cent. damages and costs.

*Gregory* and *Harper*, for the appellant.

*R. A. Chandler*, for the appellee.